UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 21-40134 |
| vs. | REQUEST FOR NOTICE PURSUANT TO Fed. R. Evid. 404(b) |
| JASON SEJNOHA, | |
| Defendant. | |

The Defendant, by and through their undersigned attorney, Assistant Federal Public Defender Matthew M. Powers, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of Fed. R. Evid. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated and electronically filed this 13th day of October, 2021.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:
　/s/ *Matthew M. Powers*
Matthew M. Powers, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
101 South Main Avenue, Suite 400
Sioux Falls, SD  57104
Telephone:  (605) 330-4489  Facsimile:  (605) 330-4499
filinguser_SDND@fd.org