UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 21-40134 |
| | ) | |
| vs. | ) | MOTION TO |
| | ) | WITHDRAW |
| JASON SEJNOHA, | ) | AS COUNSEL |
| | ) | |
| Defendant. | ) | |

Matthew M. Powers, Assistant Federal Public Defender, moves this Court for an Order permitting him, on behalf of the Office of the Federal Public Defender, District of South Dakota, to withdraw as counsel for the Defendant herein. For grounds Counsel states that Defendant has retained other counsel.

Dated this 15th day of October, 2021.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

/s/ Matthew M. Powers
_____
Matthew M. Powers, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
101 S. Main Ave., Suite 400
Sioux Falls SD  57104
Phone: (605) 330-4489; Fax: (605) 330-4499
filinguser_SDND@fd.org